**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 07-7766**

---

AARON LITTLE FRENCH,

        Plaintiff - Appellant,

    v.

JOSEPH P. MANCK, individual capacity; ROBERT P. DUCKWORTH, individual capacity,

        Defendants - Appellees.

---

Appeal from the United States District Court for the District of Maryland, at Baltimore. Catherine C. Blake, District Judge. (1:07-cv-01298-CCB)

---

Submitted: March 27, 2008        Decided: April 3, 2008

---

Before TRAXLER and DUNCAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Aaron Little French, Appellant Pro Se. Cynthia G. Peltzman, Assistant Attorney General, Stephanie Judith Lane Weber, OFFICE OF THE ATTORNEY GENERAL OF MARYLAND, Baltimore, Maryland, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Aaron Little French appeals the district court's order granting Defendants' motion to dismiss and dismissing his civil rights complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. French v. Manck, No. 1:07-cv-01298-CCB (D. Md. Oct. 30, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED